IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:07CV169

| | |
|---|---|
| ELINA ADOPTION SERVICES, INC., ) ) ) Plaintiff, ) ) v. ) ) CAROLINA ADOPTION ) SERVICES, INC. and ABC ) ADOPTION SERVICES, INC., ) ) Defendants. | **ORDER GRANTING SPECIAL APPEARANCE** |

Upon motion of Plaintiff Elina Adoption Services, Inc. for entry of special appearance, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's motion (Pleading No. 19) is **GRANTED** and that Louis R. Cohan is allowed to enter a special appearance as co-counsel in the captioned matter.

                                                  /s/ P. Trevor Sharp
                                            United States Magistrate Judge

Date: May 2, 2007